IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION
AT LAFAYETTE

| | | |
|---|---|---|
| ALCOA, INC., | ) | Cause No. 4:06-CV-0102-AS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ATLAS EXCAVATING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties in the above captioned cause, stipulate the dismissal of said cause, with prejudice.

LAYDEN & LAYDEN

By: s/Charles Layden
   Charles Layden, #8723-79
   Attorney for Alcoa, Inc.


LOCKE REYNOLDS LLP

By: s/David T. Kasper
   David T. Kasper, #10538-49
   Attorney for Defendant ATLAS
   EXCAVATING, INC.

## CERTIFICATE OF SERVICE

I certify that on the 29th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to AmyLea K. Murphy PHV, Cassandra C. Collins, PHV, Rita P. Davis, PHV, Thomas A. Pastore and David T. Kasper.

    /s/ Charles Max Layden
Charles Max Layden, #8723-79
712 Chase Bank Building
P.O. Box 909
Lafayette, IN  47902
(765) 742-7646
Fax No. (765) 742-0983

Attorney for Plaintiff